IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WELLS FARGO BANK,
NATIONAL ASSOCIATION,
AS TRUSTEE,

                                                               ORDER

                        Plaintiff,

                                                          09-cv-768-bbc

       v.

LAKE OF THE TORCHES
ECONOMIC DEVELOPMENT
CORPORATION,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Wells Fargo Bank, National Association, As Trustee has moved for appointment of a temporary receiver to exercise oversight over the revenues, issues, payments and profits of defendant Lake of the Torches Economic Development Corporation until such time as the outstanding principal and interest on the bonds identified in the complaint are repaid to the bondholders.

      From the materials submitted by plaintiff in support of its motion, it appears that appointment of a temporary receiver is warranted. However, I will reserve a final decision on the motion until I have held an expedited hearing on the matter by telephone later today

or tomorrow morning.

Counsel for plaintiff is to notify counsel for defendant of the hearing, work out with counsel a time at which the telephone hearing will take place (no later than noon on Tuesday, December 29, 2009) and make arrangements for the conference call. In addition, it would be helpful to the court if counsel for plaintiff would be prepared to give the court names of persons that would be capable of handling the responsibilities of a receiver in this situation, as well as willing to do so.

Entered this 28th day of December, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge