IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WELLS FARGO BANK, NATIONAL
ASSOCIATION, as Trustee,

                                                      ORDER

                Plaintiff,

                                                   09-cv-768-bbc

     v.

LAKE OF THE TORCHES ECONOMIC
DEVELOPMENT CORPORATION,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Under the provisions of 28 U.S.C. § 455(b), I must recuse myself from further participation in this case. The case has been reassigned to the Honorable Rudolph Randa, United States District Judge for the Eastern District of Wisconsin, sitting in this district by designation.

       Entered this 5th day of January, 2010.

                                             BY THE COURT:
                                             /s/
                                             BARBARA B. CRABB
                                             District Judge