# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

**WELLS FARGO BANK, N.A.,**
**as Trustee,**

                Plaintiff,

                                              **Case No. 09-CV-768**

          **-vs-**

**LAKE OF THE TORCHES ECONOMIC**
**DEVELOPMENT CORPORATION,**

                Defendant.

---

# ORDER

---

       Upon consideration of the briefs, affidavits, declarations and exhibits submitted in this matter, the Court finds that the Trust Indenture is a management contract that was executed without prior approval from the National Indian Gaming Commission. *See* 25 U.S.C. § 711(a)(1). Without prior approval, the entire contract is void *ab initio*. *See First American Kickapoo Operations, L.L.C. v. Multimedia Games, Inc.*, 412 F.3d 1166, 1176 (10th Cir. 2005); 25 C.F.R. § 533.7.

       Therefore, this case is **DISMISSED**. A written opinion will be issued in due course.

       Dated at Milwaukee, Wisconsin, this 6th day of January, 2010.

                            **SO ORDERED,**

                            *s/ Rudolph T. Randa*
                            **HON. RUDOLPH T. RANDA**
                            **U.S. District Judge**