IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WELLS FARGO BANK,
NATIONAL ASSOCIATION,
as Trustee,

      Plaintiff,

v.

LAKE OF THE TORCHES ECONOMIC
DEVELOPMENT CORPORATION,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  09-cv-768-rtr

---

This action came for consideration before the court with District Judge Rudolph T. Randa presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the Trust Indenture Agreement is a management contract that was executed without prior approval from the National Indian Gaming Commission.  Because the agreement is void, the defendant's waiver of sovereign immunity is invalid.  Therefore, the Court lacks jurisdiction over the defendant.

The plaintiff's breach of contract action is hereby DISMISSED.

_____
Peter Oppeneer, Clerk of Court

_____1/19/10_____
Date