# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

**WELLS FARGO BANK, N.A.,**
**as Trustee,**

                Plaintiff,

                                                     **Case No. 09-CV-768**

        **-vs-**

**LAKE OF THE TORCHES ECONOMIC**
**DEVELOPMENT CORPORATION,**

                Defendant.

---

# ORDER

---

       This matter was transferred to the undersigned for further proceedings after the Honorable Barbara Crabb from the Western District of Wisconsin recused herself from further participation.  The Court dismissed the case for lack of jurisdiction.  Post-judgment, the plaintiffs moved to vacate the Court's judgment and for leave to file an amended complaint.

       **IT IS HEREBY ORDERED** that for all further proceedings in this case, the parties must adhere to the local rules of the Eastern District of Wisconsin.

       Dated at Milwaukee, Wisconsin, this 23rd day of February, 2010.

                                     **SO ORDERED,**

                                     *s/ Rudolph T. Randa*
                                     **HON. RUDOLPH T. RANDA**
                                     **U.S. District Judge**